| | |
|---|---|
| JOANNA L. BROOKS (SBN 182986)<br>TIMOTHY C. TRAVELSTEAD (SBN 215260)<br>DOUGLAS M. BRIA (SBN 226966)<br>JACKSON LEWIS LLP<br>199 Fremont Street, 10th Floor<br>San Francisco, CA 94105<br>Telephone   415.394.9400<br>Facsimile:   415.394.9401<br>Email: brooksj@jacksonlewis.com<br>       travelsteadt@jacksonlewis.com<br>       briad@jacksonlewis.com<br><br>Attorneys for Defendant<br>GARDA SECURITY INC., formerly named VANCE UNIFORMED PROTECTIVE SERVICES, INC. | DANIEL H. QUALLS (SBN 109036)<br>ROBIN G. WORKMAN (SBN 145810)<br>AVIVA N. ROLLER (SBN 245415)<br>QUALLS & WORKMAN, L.L.P.<br>244 California Street, Suite 410<br>San Francisco, CA 94111<br>Telephone: (415) 782-3660<br>Facsimile:  (415) 788-1028<br>dan@qualls-workman.com<br>robin1@qualls-workman.com<br><br>UNITED EMPLOYEES LAW GROUP<br>WALTER HAINES (SBN 71075)<br>65 Pine Avenue, # 312<br>Long Beach, CA 90802<br>Telephone: (562) 256-1047<br>Facsimile:  (562) 256-1006<br><br>Attorneys for Plaintiff Angela Maciel, on behalf of herself and all others similarly situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MACIEL, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br><br>   v.<br><br>VANCE UNIFORMED PROTECTIVE SERVICES, INC., GARDA SECURITY, INC. and Does 1 through 50, inclusive,<br><br>         Defendants. | Case No. C09-01498 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

**TO THE HONORABLE COURT:**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Angela Maciel, on behalf of herself and all others similarly situated ("Plaintiff" or "Class Representative"), and Defendant Garda Security Inc., formerly named Vance Uniformed Protective Services, Inc. ("Defendant" or "Garda") (collectively, the "Parties"), by and through their respective counsel of record, as follows:

1     WHEREAS, the Hearing for Preliminary Approval of Class Settlement in this matter is presently set for September 11, 2009, with the Parties' Joint Motion for Preliminary Approval due to be filed on August 28, 2009; and

4     WHEREAS, Class Representative and Defendant have been engaged in complex negotiation of a fair, reasonable, and adequate settlement, which will be in the best interests of the class and provide substantial benefits to members of the class and the State of California (the "Settlement"); and

8     WHEREAS, the Parties recently reached agreement on terms of the Settlement and require additional time to obtain signatures of representatives from the appropriate corporate entities authorized to execute the Settlement on behalf of Defendant; and

11     WHEREAS, the Parties contacted this Court's Clerk as soon as the need for continuance arose and were advised the Court's calendar may accommodate holding the Hearing for Preliminary Approval of Class Settlement on September 25, 2009;

**THE PARTIES THEREFORE STIPULATE AND PROPOSE AS FOLLOWS:**

1. The Hearing for Preliminary Approval of Class Settlement in this matter be rescheduled to September 25, 2009; and

2. The Parties' Joint Motion for Preliminary Approval be filed on September 11, 2009; and

3. The Parties further agree that faxed signatures on this Stipulation are deemed to be

///
///
///
///
///
///
///

original signatures for filing purposes.

**IT IS SO STIPULATED.**

Dated: August ___, 2009          QUALLS & WORKMAN, L.L.P.


                                 By: _____
                                 Daniel H. Qualls
                                 Robin G. Workman
                                 Attorneys for Plaintiff Angela Maciel


Dated: August 26, 2009           JACKSON LEWIS LLP


                                 By: _____
                                 JoAnna L. Brooks
                                 Timothy C. Travelstead
                                 Douglas M. Bria
                                 Attorneys for Defendant
                                 GARDA SECURITY, INC.,
                                 formerly named
                                 VANCE UNIFORMED
                                 PROTECTIVE SERVICES, INC.

---

3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT     Case No. C09-01498 SI

original signatures for filing purposes.

**IT IS SO STIPULATED.**

Dated: August 28, 2009        QUALLS & WORKMAN, L.L.P.

By: _____
    Daniel H. Qualls
    Robin G. Workman
    Attorneys for Plaintiff Angela Maciel

Dated: August ___, 2009        JACKSON LEWIS LLP

By: _____
    JoAnna L. Brooks
    Timothy C. Travelstead
    Douglas M. Bria
    Attorneys for Defendant
    GARDA SECURITY, INC.,
    formerly named
    VANCE UNIFORMED
    PROTECTIVE SERVICES, INC.

[PROPOSED] ORDER

The Court, having read and considered the Parties' Stipulation and all papers and pleadings filed by the Parties herein, and for good cause shown, rules as follows:

(1) The Hearing for Preliminary Approval of Class Settlement in this matter is continued to September 25, 2009; and

(2) The Parties' Joint Motion for Preliminary Approval shall be filed on September 11, 2009; and

(3) Faxed signatures on this Stipulation are deemed to be original signatures for filing purposes.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
JUDGE OF THE UNITED STATES
DISTRICT COURT