JOANNA L. BROOKS (SBN 182986)
TIMOTHY C. TRAVELSTEAD (SBN 215260)
DOUGLAS M. BRIA (SBN 226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone    415.394.9400
Facsimile:    415.394.9401
Email:  brooksj@jacksonlewis.com
        travelsteadt@jacksonlewis.com
        briad@jacksonlewis.com

Attorneys for Defendant
GARDA SECURITY INC., formerly
named VANCE UNIFORMED
PROTECTIVE SERVICES, INC.

DANIEL H. QUALLS (SBN 109036)
ROBIN G. WORKMAN (SBN 145810)
AVIVA N. ROLLER (SBN 245415)
QUALLS & WORKMAN, L.L.P.
244 California Street, Suite 410
San Francisco, CA 94111
Telephone:  (415) 782-3660
Facsimile:  (415) 788-1028

UNITED EMPLOYEES LAW GROUP
WALTER HAINES (SBN 71075)
65 Pine Avenue, # 312
Long Beach, CA 90802
Telephone:  (562) 256-1047
Facsimile:  (562) 256-1006

Attorneys for Plaintiff Angela Maciel, on behalf
of herself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MACIEL, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>VANCE UNIFORMED PROTECTIVE SERVICES, INC., GARDA SECURITY, INC. and Does 1 through 50, inclusive,<br><br>        Defendants. | Case No. C09-01498 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)(ii)] |

The parties hereto, by their undersigned counsel, having entered into a Confidential Settlement Agreement and Limited Release of Claims covering Plaintiff Angela Maciel's individual causes of action in the above captioned matter, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that the Fourth and Fifth causes of action for alleged discrimination and wrongful termination in violation of public policy, on behalf of Plaintiff only, shall be and hereby are dismissed with prejudice, each party to bear its own

/ / /

1    Attorney's fees and costs.

2    Dated: August 24, 2009

3                                                QUALLS & WORKMAN, L.L.P.

4

5                                                By: _____

6                                                     Daniel H. Qualls
                                                      Robin G. Workman
7                                                     Attorneys for Plaintiff Angela Maciel

8

9    Dated: August 21, 2009                      JACKSON LEWIS LLP

10

11                                               By: _____

12                                                   JoAnna L. Brooks
                                                     Timothy C. Travelstead
                                                     Douglas M. Bria
13                                                   Attorneys for Defendant GARDA
                                                     SECURITY, INC., formerly named
14                                                   VANCE UNIFORMED
                                                     PROTECTIVE SERVICES, INC.

15

16   PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18

19   Dated: _____

20                                               THE HONORABLE SUSAN ILLSTON
                                                 JUDGE OF THE UNITED STATES
                                                 DISTRICT COURT
21

22

23

24

25

26

27

28

                                      2

STIPULATION FOR DISMISSAL
WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)]                        Case No. C09-01498 SI

1  Daniel H. Qualls (Bar # 109036)
   Robin G. Workman (Bar # 145810)
2  Aviva N. Roller (Bar # 245415)
   **QUALLS & WORKMAN, L.L.P.**
3  244 California Street, Suite 410
   San Francisco, CA 94111
4  Telephone: (415) 782-3660

5  **UNITED EMPLOYEES LAW GROUP**
   Walter Haines, Esq. (State Bar # 71075)
6  65 Pine Ave, #312
   Long Beach, CA 90802
7  Telephone: (562) 256-1047
   Facsimile: (562) 256-1006

8
   *Attorneys for Plaintiff Angela Maciel,*
9  *on behalf of herself and all others similarly*
   *situated*
10

11               UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14  ANGELA MACIEL, on behalf of herself and all )   No.  C09-01498 SI
    others similarly situated,                   )
15                                               )
              Plaintiff,                         )   **PLAINTIFF'S REQUEST FOR ORDER OF**
16                                               )   **DISMISSAL PURSUANT TO**
                                                 )   **STIPULATION**
17       vs.                                     )
                                                 )   **F.R.C.P. RULE 41**
18                                               )
    VANCE UNIFORMED PROTECTIVE                   )
19  SERVICES, INC., GARDA SECURITY INC.          )
    and Does 1 through 50, inclusive,            )
20                                               )
              Defendants.                        )
21

22        On April 10, 2009, the parties signed a written settlement agreement resolving Plaintiff's

23  individual claims for alleged discrimination and wrongful termination in violation of public policy

24  set forth in the Fourth and Fifth Causes of Action in Plaintiff's First Amended Class Action

25  Complaint.  The settlement agreement neither addresses nor seeks to resolve putative class claims

26  presented by Plaintiff's First Amended Class Action Complaint.  The settlement agreement further

27  provides for dismissal of Plaintiff's individual claims, with prejudice.

28

DISMISSAL REQUEST                    -1-        3170\PLEADINGS\DISMISSALREQUEST.DOC

1    The parties executed a Stipulation For Dismissal With Prejudice filed concurrently

2  herewith.  Pursuant to said Stipulation, the parties request entry of the order of dismissal of

3  Plaintiff's individual claims for alleged discrimination and wrongful termination set forth in the

4  Fourth and Fifth Causes of Action, as set forth in the Stipulation filed concurrently herewith.

5

6  Date:   August 24, 2009                               QUALLS & WORKMAN, L.L.P.

7

8                                                        Robin G. Workman

9                                                        Attorneys for Plaintiff Angela Maciel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28